Case 1:07-cv-01960-ML-LDA Document 2-3 Filed 11/27/2007 Page 1 of 3

CLOSED, MDL, STAYED, TRANSFERRED

**U.S. District Court**
**SOUTHERN DISTRICT OF TEXAS (Houston)**
**CIVIL DOCKET FOR CASE #: 4:07-cv-03130**
**Internal Use Only**

Moreau v. Davol, Inc. et al **DO NOT DOCKET. CASE HAS BEEN TRANSFERRED OUT.**
Assigned to: Judge Lynn N. Hughes
Lead case: 4:07-cv-02002
Member cases:

4:07-cv-02393
4:07-cv-02397
4:07-cv-02399
4:07-cv-02400
4:07-cv-02402
4:07-cv-02405
4:07-cv-02408
4:07-cv-02411
4:07-cv-02414
4:07-cv-02416
4:07-cv-02419
4:07-cv-02421
4:07-cv-02422
4:07-cv-02423
4:07-cv-02424
4:07-cv-02425
4:07-cv-02427
4:07-cv-02630
4:07-cv-02631
4:07-cv-02633
4:07-cv-02634
4:07-cv-02635
4:07-cv-02637
4:07-cv-02638
4:07-cv-02766
4:07-cv-02767
4:07-cv-02903
4:07-cv-02919
4:07-cv-03120
4:07-cv-03123

Date Filed: 09/26/2007
Date Terminated: 10/02/2007
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

Case 1:07-cv-01960-ML-LDA Document 2-3 Filed 11/27/2007 Page 2 of 3

4:07-cv-03125
4:07-cv-03126
4:07-cv-03130
4:07-cv-03131
4:07-cv-03133
4:07-cv-03249
4:07-cv-03250
4:07-cv-03306
4:07-cv-03307
4:07-cv-03308
4:07-cv-03309
4:07-cv-03310
4:07-cv-03311
4:07-cv-03312
4:07-cv-03313
4:07-cv-03314
4:07-cv-03444
4:07-cv-03445

Case in other court: Kenneth M. Hoyt, 4:07-cv-02002
Cause: No cause code entered

**Plaintiff**

**Carole Lee Moreau** represented by **David Willis Alexander**
Attorney at Law
1989 Kingston Cove
League City, TX 77573
832-372-2926
Fax: 281-538-6292
Email: info@davidalexanderlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol, Inc.**

**Defendant**

**C. R. Bard, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 09/26/2007 | 1 | COMPLAINT against all defendants (Filing fee $ 350 receipt number 3065851) filed by Carole Lee Moreau. (Attachments: # 1 Civil Cover |

| | | |
|---|---|---|
| | | Sheet Moreau, Carole Lee)(Alexander, David) (Entered: 09/26/2007) |
| 09/27/2007 | 2 | ORDER FOR CONFERENCE. Initial Conference set for 12/3/2007 at 09:30 AM in Room 11122 before Judge Lynn N. Hughes.( Signed by Judge Lynn N. Hughes ) Parties notified.(mmapps, ) (Entered: 09/27/2007) |
| 10/02/2007 | 3 | ORDER STAYING CASE pending a decision by the MDL Panel. Case closed administratively on 10/02/2007.( Signed by Judge Lynn N. Hughes ) Parties notified.(dkelly, ) (Entered: 10/02/2007) |
| 10/10/2007 | | Summons Issued as to Davol, Inc., filed.(ltrevino, ) (Entered: 10/10/2007) |
| 10/10/2007 | | Summons Issued as to C. R. Bard, Inc., filed.(tcampbell, ) (Entered: 10/10/2007) |
| 10/30/2007 | 4 | RETURN of Service of SUMMONS Executed as to Davol, Inc. served on 10/16/2007, answer due 11/5/2007, filed.(tcampbell, ) (Entered: 10/30/2007) |
| 10/30/2007 | 5 | RETURN of Service of SUMMONS Executed as to C. R. Bard, Inc. served on 10/15/2007, answer due 11/5/2007, filed.(rsmith, ) (Entered: 10/30/2007) |
| 11/15/2007 | | Interdistrict transfer to District of Rhode Island. Certified copy of transfer order, certified docket sheet, and two copies of transfer letter (with a return envelope) sent by FedEx, filed. (kosborne, ) (Entered: 11/15/2007) |
| 11/15/2007 | 6 | JPML CONDITIONAL TRANSFER ORDER (7) (certified copy) transferring case to Rhode Island to be included in MDL Docket No. 1842.() (Attachments: # 1 Letter from Rhode Island) Parties notified. (kosborne, ) (Entered: 11/15/2007) |

TRUE COPY I CERTIFY
ATTEST:
MICHAEL N. MILBY, CLERK
By [signature]
Deputy Clerk